UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv80823

ROBERT KORLAND,

    Plaintiff,

  v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF PROPOSED SETTLEMENT

Plaintiffs hereby notifies the Court that Plaintiff, ROBERT KORLAND, & EXPERIAN INFORMATION SOLUTIONS, INC., have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice. Plaintiff files this single notice as opposed a joint notice because Experian has not formally appeared in this action.

                                                    Debt Shield Law
                                                    3440 Hollywood Blvd., Suite 415
                                                    Hollywood, FL 33021
                                                    Tel:    844-379-1112
                                                    Fax:    305-503-9457
                                                    service@debtshieldlaw.com
                                                   kevin@debtshieldlaw.com

                                                   */s/ Kevin Rajabalee, Esq*
                                                   Kevin Rajabalee
                                                   Fla. Bar No. 119948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24cv80823

ROBERT KORLAND,

      Plaintiff,

  v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on October 4, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/Kevin Rajabalee, Esq*
                                       Kevin Rajabalee


All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF