UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80823-CV-MIDDLEBROOKS

ROBERT KORLAND,

    Plaintiff,
v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Experian Information Solutions, Inc. (DE 31), filed October 8, 2024. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Experian Information Solutions, Inc has served neither. Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **TERMINATE** Defendant Experian Information Solutions, Inc. as a defendant in this matter.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 8th day of October, 2024.

Donald M. Middlebrooks
United States District Judge