UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv80823

ROBERT KORLAND,

    Plaintiff,

v.

TRANS UNION, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,&
EQUIFAX INFORMATION SERVICES, LLC,,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, ROBERT KORLAND., and Defendant, TRANS UNION, LLC.,by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice pursuant to agreement of the parties with each Party to bear their own attorney's fees and costs.

Respectfully submitted this 14th Day of October 2024.

| | |
|---|---|
| /s/Kevin Rajabalee | /s/ Sylas Kern |
| Kevin Rajabalee, Esq. | Sylas Kern, Esq |
| Fla. Bar No. 119948 | Fla. Bar No. 1045399 |
| Debt Shield Law | Quilling, Selander, Lownds, |
| 3440 Hollywood Blvd., Suite 415 | Winslett & Moser, P.C. |
| Hollywood, FL 33021 | 10333 N. Meridian Street, Suite 200 |
| Tel:754-800-5299 | Indianapolis, IN 46290 |
| Fax:   305-503-9457 | (317) 497-5600 x614 |
| service@debtshieldlaw.com | (317) 899-9348 Fax |
| kevin@debtshieldlaw.com | skern@qslwm.com |
| *Counsel for Plaintiff* | *Counsel for TRANS UNION, LLC* |

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24cv80823

ROBERT KORLAND,

    Plaintiff,

v.

TRANS UNION, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,&
EQUIFAX INFORMATION SERVICES, LLC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2024 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    /s/Kevin Rajabalee, Esq
                                                        Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF