**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-80823-CV-MIDDLEBROOKS

ROBERT KORLAND,

    Plaintiff,

v.

TRANS UNION, LLC.,
EXPERIAN INFORMATION SOLUTIONS,
INC., & EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on October 14, 2024. (DE 33). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. There are no more defendants present in this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers in West Palm Beach, Florida, this 16th day of October, 2024.

Donald M. Middlebrooks
United States District Judge